UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 APR 25 PM 4:00

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>PABLO VEGA-SALAZAR,<br><br>      Defendant. | CASE NO. 13-cr-01056-JLS<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

  21:952 and 960 - Importation of Marijuana (Felony)(1)

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/25/13

                     William V. Gallo
                     U.S. Magistrate Judge